IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Darryl L. Cook, | ) | C/A No. 0:11-0320-RMG-PJG |
|             Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| United States of America, | ) | |
|             Defendant. | ) | |

This action is filed by a self-represented federal prisoner. Service of the complaint by the U.S. Marshal was directed by Order dated March 28, 2011. (ECF No. 12.) Subsequently, Plaintiff filed an Amended Complaint. (ECF No. 16.)

**TO THE CLERK OF COURT:**

The Clerk of Court is directed to regenerate the Notice of Electronic Filing ("NEF") for the Amended Complaint and this Order at the time of Defendant's initial appearance in this case. Service is effected on counsel for parties who have made an appearance in this Court by the Court's Electronic Case Filing system through a computer generated NEF.

**TO DEFENDANT:**

Defendant is directed to file an answer to the Amended Complaint or otherwise plead.

**TO PLAINTIFF:**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, any documents filed subsequent to the initial pleading must be served on parties. Unless otherwise ordered, service of subsequently filed documents on a defendant represented by an attorney is made on the attorney. Service on attorneys who have made an appearance in this Court is effected by the Court's Electronic Case Filing system through a computer generated notice of electronic filing. However, prior to Defendant's(s') attorney making an appearance in this Court, Plaintiff must serve Defendants with any documents Plaintiff files subsequent to the initial pleading and file a certificate of service that states who was served, what document was served, and how the document was served.

      **IT IS SO ORDERED.**

*/s/ Paige J. Gossett*

April 12, 2011  
Columbia, South Carolina  
                                                           Paige J. Gossett  
                                                           UNITED STATES MAGISTRATE JUDGE